IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA HARPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:19-cv-00863-WC |
| | ) |
| COLLIER FAMILY LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned counsel for all parties hereby stipulate and agree that, pursuant to Fed. R. Civ. P. 41 and other applicable law, the above-styled action is hereby dismissed with prejudice. Respectfully submitted this 27th day of February, 2020.

By: _____
Amanda H. Schafner
Attorney for Plaintiff
State Bar No. 5509s54c
Amanda H. Schafner
P.O. Box # 841
Birmingham, AL  35201
(256) 490-3004
ahschafner.law@gmail.com

By: _____
Bricker S. Daughtry
FORTSON, BENTLEY AND GRIFFIN, P.A.
Attorney for Defendants
State Bar No. 2960B60D
2500 Daniell's Bridge Road
Building 200, Suite 3A
Athens, GA  30606
(706) 548-1151
bsd@fbglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of February, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and delivered via electronic mail the foregoing to counsel for the defendant:

Bricker S. Daughtry, Esq.
Fortson, Bentley and Griffin, P.A.
2500 Daniell's Bridge Road
Building 200, Suite 3A
Athens, GA 30606

/s/ *Amanda H. Schafner*
Of counsel