**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 28, 2020

# NOTICE OF CLERK'S DISMISSAL

Re:   Harper v. Collier Family Limited Partnership
        Civil Action No. 1:19-cv-00863-WC

Pursuant to the Joint Stipulation of Dismissal (document # 15) filed by both parties on 2/27/2020 and Fed. R. Civ. P. 41(a)(1)(A)(i), this case is closed with prejudice without an order of the court.